## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

Case No. 25-47781-PRH

GARY LEE BROHL, JR.

Debtor.

Chapter 13
Judge Paul R. Hage

_____/

GARY LEE BROHL, JR.

Plaintiff,

vs.

Adv. No. 25-04172-PRH

PRETTY MICHIGAN HOMES, LLC,
& DYLAN TANAKA, *et al.*,

Defendants.

_____/

### ORDER ON PRETTY MICHIGAN HOMES, LLC AND DYLAN TANAKA'S
### MOTION TO DISMISS

On September 5, 2026, Gary Lee Brohl Jr. (the "Plaintiff") commenced this adversary proceeding. On February 9, 2026, Plaintiff filed the *First Amended Adversary Complaint* [Doc. No. 39] (the "Amended Complaint"). On February 11, 2026, defendants Pretty Michigan Homes, LLC ("PMH") and Dylan Tanaka ("Tanaka") filed *Pretty Michigan Homes, LLC and Dylan Tanaka's Motion to Dismiss* [Doc. No. 43] (the "Motion"). On February 25, 2026, Plaintiff filed *Plaintiff's Response to Defendants Pretty Michigan Homes LLC and Dylan Tanaka's Motion to Dismiss (ECF 43) and Brief in Support* [Doc. No. 50].

Today the Court has filed a written Opinion granting the Motion. For the reasons stated in the Opinion, the Court enters this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      Defendants PMH and Tanaka are dismissed from this adversary proceeding with prejudice.

**Signed on March 23, 2026**



/s/ Paul R. Hage
_____

**Paul R. Hage**
**United States Bankruptcy Judge**