# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

GARY LEE BROHL, JR.

        Debtor.

_____/

GARY LEE BROHL, JR.

        Plaintiff,

v.

SOBLE, PLC, PLUM TREE ESTATES, LLC
& RANA GROUP, LLC, *et al.*,

        Defendants.

_____/

Case No. 25-47781-PRH

Chapter 13
Judge Paul R. Hage

Adv. No. 25-04172-PRH

**ORDER ON DEFENDANT RANA GROUP, LLC'S MOTION TO DISMISS
AND DEFENDANTS DAVID SOBLE, SOBLE, PLC, YASSMEN SOBH AND
PLUM TREE ESTATES, LLC'S MOTION TO DISMISS**

On September 5, 2026, Gary Lee Brohl Jr. (the "Plaintiff") commenced this adversary proceeding. On February 9, 2026, Plaintiff filed the *First Amended Adversary Complaint* [Doc. No. 39] (the "Amended Complaint"). On February 23, 2026, defendant Rana Group, LLC filed *Defendant Rana Group, LLC's Motion to Dismiss Plaintiff's Amended Complaint* [Doc No. 46] (the "Rana Motion"). On February 23, 2026, defendants David Soble, Soble PLC, Yassmen Sobh and Plum

Tree Estates, LLC filed *Defendants David Soble, Soble PLC, Yassmen Sobh, and Plum Tree Estates, LLC's Motion to Dismiss* [Doc. No. 48] (the "Soble Motion"). On March 9, 2026, Plaintiff filed his *Omnibus Response to Defendant Rana Group LLC's Motion to Dismiss and Defendants David Soble, Soble PLC, Yassmen Sobh, and Plum Tree Estates, LLC's Motion to Dismiss and Brief in Support* [Doc. No. 52]. On May 11, 2026, the Court held a hearing on the Rana Motion and the Soble Motion at which counsel for all parties were present.

Today the Court has filed a written Opinion granting the Rana Motion and denying in part and granting in part the Soble Motion. For the reasons stated in the Opinion, the Court enters this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      Count II of the Amended Complaint, stating a claim for "Damages For Violating The Automatic Stay" against defendants David Soble, Yassmen Sobh, and Soble PLC is not dismissed. This Court will schedule a status conference to discuss discovery and other scheduling issues related to this surviving claim.

2.      Count III of the Amended Complaint, stating a claim for "Fraud/Fraud In The Inducement" against defendant Rana Group, LLC is dismissed in its entirety.

3.      Count IV of the Amended Complaint, stating a claim for "Damages For Civil Conspiracy To Defraud Gary Of His Interest In The Land Contract" against

defendants David Soble, Yassmen Sobh, Soble PLC, Plum Tree Estates, LLC, and Rana Group, LLC is dismissed in its entirety.

4.      Rana Group, LLC and Plum Tree Estates, LLC are dismissed from this adversary proceeding with prejudice.

**Signed on May 12, 2026**



/s/ Paul R. Hage

**Paul R. Hage**
**United States Bankruptcy Judge**