**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

Case No. 25-47781-PRH

GARY LEE BROHL, JR.

Debtor.

Chapter 13
Judge Paul R. Hage

_________________________________/

GARY LEE BROHL, JR.

Plaintiff,

v.

Adv. No. 25-04172-PRH

SOBLE, PLC, *et al.*,

Defendants.
_________________________________/

**ORDER ON MOTIONS FOR SUMMARY JUDGMENT**

Before the Court are two separate motions for summary judgment: (i) *Plaintiff's Motion for Summary Judgment Against the Soble Defendants and Brief in Support* [Doc. No. 92] ("Plaintiff's Motion") filed by debtor Gary Lee Brohl, Jr. (the "Plaintiff"), and (ii) *Defendants David Soble, Soble PLC, and Yassmen Sobh's Motion for Summary Judgment on Count II of the First Amended Adversary Complaint* [Doc. No. 91] (the "Defendants' Motion") filed by defendants Soble, PLC, David Soble, and Yassmen Sobh (collectively, the "Defendants"). A hearing on Plaintiff's Motion and Defendants' Motion was held on October 26, 2026.

On the date of this Order, the Court has issued its *Opinion Regarding Motions for Summary Judgment* [Doc. No. 111] (the "Opinion").

For the reasons detailed in the Opinion, the Court denies Plaintiff's Motion in part and grants it in part. The Court concludes that no violation of the automatic stay in section 362(a) has been established. However, a violation of the section 1301(a) co-debtor stay did occur.

Finally, the Court grants Defendants' Motion, concluding that the sole damages identified by the Plaintiff, legal fees and expenses incurred in litigation with various parties, were not proximately caused by the violation of the section 1301(a) co-debtor stay and, thus, Plaintiff has suffered no injury as a result of that violation.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Count II of the *First Amended Adversary Complaint* [Doc. No. 39], the sole remaining Count in this adversary proceeding, is **DISMISSED** in its entirety.

**Signed on November 3, 2026**

**/s/ Paul R. Hage**

**Paul R. Hage**
**United States Bankruptcy Judge**